UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSE EZEQUIEL CASTANON
PEREZ,

       Petitioner,

    v.                             Case No.:  2:26-cv-01595-SPC-NPM

FIELD OFFICE DIRECTOR, U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT,

       Respondent,

_____/

## **OPINION AND ORDER**

Before the Court are Jose Ezequiel Castanon Perez's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 9).

Castanon Perez, a noncitizen in immigration detention, sought habeas relief from this Court in *Castanon Perez v. Field Office Director*, M.D. Fla. Case No. 2:26-cv-1031-SPC-DNF.  He claimed the government unlawfully detained him under 8 U.S.C. § 1225(b)(2), which mandates detention, rather than § 1226(a), which authorizes discretionary detention and entitles detainees to a bond hearing.  The Court agreed and ordered the respondents to either bring Castanon Perez before an immigration judge for a bond hearing or release Castanon Perez from custody.

On May 1, 2026, an immigration judge found Castanon Perez to be a flight risk and denied release on bond. (Doc. 1 at 12). Castanon Perez argues the immigration judge failed to properly consider and weigh the evidence and reached an incorrect conclusion. But the proper way to challenge the result of a bond hearing is appeal to the BIA. This Court does not have jurisdiction to review an immigration judge's discretionary bond decision:

> The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole.

8 U.S.C. § 1226(e). Accordingly, Castanon Perez's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on June 8, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record

2